UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY CALDWELL, *et al.*,

                Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

23-CV-10730 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that Plaintiffs Fitzroy Benjamin, Louis Cendagorta, Trevor Klass, William Romer, Anthony Saintjean, and Richard Shaw have voluntarily dismissed their claims without prejudice. (ECF No. 65.) Because the parties have clarified that no settlement has been reached in this Fair Labor Standards Act case, and the six Plaintiffs instead voluntarily dismissed their claims because they were ineligible to recover damages under the FLSA statute of limitations (ECF No. 67), the Court dismisses these Plaintiffs from the case without prejudice.

    The Clerk of Court is directed to terminate the six above-named Plaintiffs in this case.

    SO ORDERED.

Dated: October 10, 2024
       New York, New York

                                                      J. PAUL OETKEN
                                                      United States District Judge